AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 23-1197MB | 02/03/2023 12:00 pm | Court/Prosecutor |

Inventory made in the presence of :
DEA Special Agent William Baynard

Inventory of the property taken and name of any person(s) seized:

On February 3, 2023, at approximately 12:00 PM, concurent to 23-1197MB, Agents opened up the SUBJECT PARCEL. Inside the SUBJECT PARCEL agents found, 8 packages of assorted THC gummies .

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:   02/03/2023

*William Baynard*
Executing officer's signature

William Baynrd, Special Agent
Printed name and title

[FILED stamp: FEB -6 2023, CLERK U S DISTRICT COURT, DISTRICT OF ARIZONA, BY NM DEPUTY]